**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Randolph E. DAWSON, Defendant–Appellant.**

No. 01–7521.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 7, 2002.

348

Randolph E. Dawson, Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Randolph E. Dawson appeals from the district court's order denying his "Motion for Writ of Mandamus." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Dawson,* No. CR–99–88 (E.D.Va. Aug. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*